HATHAWAY, J. (*not participating*). I recuse myself and will not participate in this case because I was the presiding trial judge. See MCR 2.003(B).

PEOPLE V STEVEN MONTGOMERY, No. 137880; Court of Appeals No. 278836.

PEOPLE V JAMES LAWSON, No. 137884; Court of Appeals No. 288391.

PEOPLE V CADARETTE, No. 137899; Court of Appeals No. 278701.

PEOPLE V BOYLE, No. 137900; Court of Appeals No. 288199.

BENSON V DEPARTMENT OF CORRECTIONS, No. 137919; Court of Appeals No. 286605.

PEOPLE V HAZEN, No. 137924; Court of Appeals No. 288665.

PEOPLE V BURKS, No. 137935; Court of Appeals No. 287053.

PEOPLE V MOY, No. 137957; Court of Appeals No. 277548.

PEOPLE V HYNES, No. 137965; Court of Appeals No. 288321.

PEOPLE V MUNLIN, No. 137978; Court of Appeals No. 272019.

PEOPLE V PACELY, No. 138002; Court of Appeals No. 286026.

PEOPLE V BEDNARSH, No. 138003; Court of Appeals No. 286537.

PEOPLE V RUMPH, No. 138006. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 285689.

PEOPLE V PURIFY, No. 138016; Court of Appeals No. 281195.

PEOPLE V RAMNARINE, No. 138020; Court of Appeals No. 279115.

MCNEILL V WAYNE COUNTY, No. 138021; Court of Appeals No. 287111.

PEOPLE V CIAVONE, No. 138023; Court of Appeals No. 256187.

PEOPLE V FIDLER, No. 138026; Court of Appeals No. 280811.

PEOPLE V ACQUAAH, No. 138028; Court of Appeals No. 279638.

PEOPLE V MORTON, No. 138029; Court of Appeals No. 278833.

PEOPLE V CORTLAND MILLER, No. 138032; Court of Appeals No. 281690.

PEOPLE V GARRY JONES, Nos. 138046 and 138047; Court of Appeals Nos. 281464 and 281465.

PEOPLE V BOBBY MORRIS, No. 138052; Court of Appeals No. 278582.

PEOPLE V COOPER, No. 138060; Court of Appeals No. 278738.

PEOPLE V JAMES JOHNSON, No. 138064; Court of Appeals No. 279294.